**Case No. 15-1067**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| RANDOLPH FAWKES, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellant, | ) | Apr 18, 2016 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | |
| | ) | O R D E R |
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**ORDER TO SHOW CAUSE**

Appellant's counsel in this case, Darwyn Prentiss Fair, has presented an appeal before this court that is entirely frivolous.  The instant case is just one in a long history of Mr. Fair's filing of appeals raising legally and/or factually inadequate arguments utterly lacking in merit. *See, e.g.*, *Duffey v. Nationstar Mortg.*, 614 F. App'x 330, 334 (6th Cir. 2015); *Powell v. Bank of NY Mellon*, 616 F. App'x 778, 781–82 (6th Cir. 2015); *Gjokaj v. HSBC Mortg. Servs., Inc.*, 602 F. App'x 275, 279 (6th Cir. 2015); *Saco v. Deutsche Bank Nat'l. Trust Co.*, 595 F. App'x 500, 501–02 (6th Cir. 2014); *Hubbard v. Wash. Mut. Bank, FA*, 581 F. App'x 539, 540 (6th Cir. 2014); *Holliday v. Wells Fargo Bank, NA*, 569 F. App'x 366, 369 (6th Cir. 2014); *Staley v. Bank of N.Y. Mellon*, 564 F. App'x 227, 228 (6th Cir. 2014); *Jabari v. Fannie Mae*, 555 F. App'x 547, 550 (6th Cir. 2014); *Pettey v. CitiMortgage, Inc.*, 538 F. App'x 708, 710 (6th Cir. 2013); *Block v. BAC Home Loans Servicing, LP*, 520 F. App'x 339, 340 (6th Cir. 2013); *Carl v. BAC Home Loans Servicing, LP*, 479 F. App'x 732, 732 (6th Cir. 2012) (per curiam); *Smith v. Bank of Am. Corp.*, 485 F. App'x 749, 755 (6th Cir. 2012) (per curiam).  For instance, he has a practice of

No. 15-1067, *Fawkes v. JPMorgan Chase*

relying on *Mitan v. Federal Home Loan Mortgage Corp.*, 703 F.3d 949 (6th Cir. 2012), for the proposition that defects in the foreclosure process void the foreclosure, in spite of the fact that we have repeatedly informed him that that case has been abrogated and is no longer good law. *Gjokaj*, 602 F. App'x at 278; *Saco*, 595 F. App'x at 501–02; *see also Holliday*, 569 F. App'x at 369.  Mr. Fair has also been cautioned against making "cookie cutter" filings before the court, *see Hall v. U.S. Bank, NA*, 626 F. App'x 114, 116 (6th Cir. 2015); *Jarbou v. JPMorgan Chase Bank, NA*, 611 F. App'x 342, 343 (6th Cir. 2015); *Gjokaj v. HSBC Mortg. Servs.*, No. 2:14-cv-11119, 2014 WL 2968022, at *11 (E.D. Mich. July 1, 2014), yet his appellant brief in the instant case is a near-verbatim duplicate of his untimely response to JPMorgan's motion for summary judgment before the district court.  In less than two years, this court has thrice cautioned him of the repercussions of continuing to file frivolous claims.  *Hall*, 626 F. App'x at 116–17; *Breadiy v. PNC Mortg. Co.*, 620 F. App'x 382, 386 (6th Cir. 2015); *Gjokaj*, 602 F. App'x at 278.

Conduct of this sort is unbecoming of attorneys in this circuit.  Therefore, we direct Mr. Fair to show cause within 15 days as to why sanctions should not be imposed under Rule 38 of the Federal Rules of Appellate Procedure and Rule 11 of the Federal Rules of Civil Procedure.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk